**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MISRAIM ARIOC ROJAS CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-02506-JD |

**ORDER**

Respondents have filed a Notice informing the Court that Petitioner has been granted voluntary departure. [Doc. No. 7 at 1; Doc. No. 7-1 at 1–3]. The Court also notes and confirms this by reference to the relevant public information system. *See* Exec. Off. for Immigr. Rev., *Automated Case Info. Sys.*, https://acis.eoir.justice.gov/en/ (last accessed Oct. 22, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

The regulatory framework controlling Petitioner's voluntary departure requires that he (1) withdraw all asylum claims, (2) concede that he is removable, and (3) waive his right to appeal the removal order. 8 C.F.R. § 1240.26(b)(1)(i). The same regulation requires that the Immigration Judge enter an alternate order of removal in case of noncompliance with the voluntary departure requirements, and that alternate order is subject to Petitioner's appeal waiver. 8 C.F.R. § 1240.26(d). "[P]resum[ing]" the "administrative regularity" of these procedures, the Court concludes that Petitioner is

now subject to a final order of removal. *Bar MK Ranches v. Yuetter*, 994 F.2d 735, 740 (10th Cir. 1993). This action is therefore moot as the issues presented in the Petition are no longer live. *See* [Doc. No. 1 at 6–7] (asserting several habeas claims plausibly relating only to a pre-final-order-of-removal posture).

Consequently, the Court DISMISSES the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] without prejudice. The Court further DENIES as moot Respondents' Motion to Dismiss. [Doc. No. 6]. A separate judgment will follow.

IT IS SO ORDERED this 22nd day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE